

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice (not participating)
Luz Elena D. Chapa, Justice

The Appellant's Motion for Reconsideration is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court